UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WEYMERS, et al., | ) | CASE NO.1:07CV3756 |
| Plaintiff, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) | |
| THE EUCLID CHEMICAL CO., | ) ) | ORDER |
| Defendant. | ) | |

At a case management conference held June 18, 2008, all parties agreed to the dismissal of this action with prejudice. Therefore, it is not necessary the action remain on the calendar of the Court. Defendant agrees to waive all costs to date.

IT IS ORDERED this action is closed. It shall be marked dismissed, with prejudice, each party to bear its own costs.

IT IS SO ORDERED.

6/18/08
Date

Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

FILED
JUN 1 8 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND